IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARL DAWSON SMITH, JR.                                                    PLAINTIFF

        v.        Civil No. 04-2118

FRANK ATKINSON, Sheriff, Sebastian County,
Arkansas; MIKE CONGER, Jail Administrator;
CRYSTAL WHITE REED; and CHRISTA MINTON                                    DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Carl Dawson Smith, Jr., initiated this lawsuit in May 2004. (Doc. 1.) In his complaint, he alleged that his constitutional rights were violated while he was detained in the Sebastian County Detention Center. On July 25, 2005, defendants filed a summary judgment motion, as directed by the court. (Docs. 18-23.) The court then ordered plaintiff to respond to the summary judgment motion by completing, signing, dating, and returning a court-prepared questionnaire by September 16, 2005. (Doc. 24.) To date, plaintiff has not responded to this order, the order has not been returned as undeliverable, plaintiff has not communicated with the court, and no later address for plaintiff appears in the record. Plaintiff was warned in the court's order that his failure to comply by returning the response to the summary judgment motion could subject this action to dismissal.

I, therefore, recommend that this action be dismissed for plaintiff's failure to comply with a court order and to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**The parties have ten days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely written objections may result in waiver of the right to appeal questions of fact. The parties**

**are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 24th day of October 2005.

/s/ Beverly Stites Jones
_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)